[No. 14072-5-III.    Division Three.    October 3, 1995.]

T.R.A. INDUSTRIES, INC., *Appellant*, v. PETER H. MONTEMAYOR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-2-01877-1, Michael E. Donohue, J., entered March 11, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.


[No. 14405-4-III.    Division Three.    October 3, 1995.]

UNION IRON WORKS, INC. OF SPOKANE, *Respondent*, v. PLEASANT PRAIRIE FARMS CUSTOM MANUFACTURING, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-02035-2, Tari Eitzen, J., entered October 17, 1994. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.


[No. 13783-0-III.    Division Three.    October 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROGER SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-01692-2, Michael E. Donohue, J., entered January 7, 1994. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.